# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s):** 22-15804

**Case Name:** Davis v. Pinterest, Inc.

**Counsel submitting this form:** Sue J. Nam

**Represented party/parties:** Plaintiff-Appellant

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiff-Appellant, Harold Davis, is a digital artist and professional photographer. He filed a claim of copyright infringement against Defendant-Appellee, Pinterest, Inc., with respect to 51 of his federally registered photographic works. He alleged that Pinterest violated his exclusive copyrights by copying, distributing, and making derivative works of his images for purposes of Pinterest's advertisement and promotion. Davis argued that Pinterest is not entitled to the Digital Millennium Copyright Act's (DMCA) Safe Harbor because the Safe Harbor is applicable only with respect to infringement of a copyright "by reason of the storage at the direction of user of material that resides on a system or network controlled or operated by or for the service provider." Davis' copyright claim centers, not on Pinterest's storage or use of his images at the direction of Pinterest's users but rather, at what Pinterest itself did with his images for purposes of generating advertisement revenue.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**      *1*      Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

The district court first held that certain of Davis works and Pinterest's display and distribution of Davis' works outside of the Pinterest website in notifications to Pinterest users were not part of the case because Davis did not list them in response to an interrogatory. The district court then held that Pinterest's creation of variants from Davis' works and the selection and display of Davis' works by Pinterest in the context of advertisement did not constitute infringement. Finally, the district court held that the DMCA Safe Harbor applied to Pinterest because Davis' works appeared on Pinterest because users uploaded them.

Davis appeals the district court's decision because that decision absolves virtually any use of copyrighted works by a website so long as that website's users uploaded the copyrighted works.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There are no proceedings remaining below or related proceedings in other tribunals.

**Signature** s/Sue J. Nam     **Date** Jun 8, 2022

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  *2*  Rev. 12/01/2018